**No. 69082.**—Bloomingdale Bros. (A Div. of Fed. Dept. Stores, Inc.) *v.* United States, protest 63/4389 (New York).

Opinion by RAO, J. In accordance with stipulation of counsel that the merchandise consists of electric coffee grinders and that the merchandise and issues are analogous to those involved in *Bruce Duncan Company, a/c Sims-Worms* v. *United States* (45 Cust. Ct. 85, C.D. 2202), and *United States* v. *Electrolux Corporation* (46 CCPA 143, C.A.D. 718), the claim of the plaintiff was sustained.

**No. 69083.**—Joseph A. Paredes & Co. and Ernest Smetana et al. *v.* United States, protests 61/17901, etc. (San Francisco).

Opinion by FORD, J. In accordance with stipulation of counsel that the merchandise consists of rayon labels similar in all material respects to those the subject of *Bruce Duncan Co., Inc., a/c Standard Commodities Import & Export Corp.* v. *United States* (51 Cust. Ct. 27, C.D. 2409), the claim of the plaintiffs was sustained.

BEFORE THE SECOND DIVISION, FEBRUARY 18, 1965

**No. 69084.**—Sea Weed Products, Inc., and Robt. E. Landweer & Co. *v.* United States, protest 63/9452 (Seattle).

Opinion by LAWRENCE, J. In accordance with stipulation of counsel that the merchandise consists of galvanized wire similar in all material respects to that the subject of *Amerlux Steel Products Corp. et al.* v. *United States* (52 Cust. Ct. 83, C.D. 2441), the claim of the plaintiffs was sustained.